# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIFTH THIRD BANK, an Ohio banking corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROAD RUNNER PLANNING AND ) <br> CONSULTING, INC., a Pennsylvania corporation; ) <br> POWER CONTRACTING, INC., a Pennsylvania ) <br> corporation; SAFE FOUNDATIONS, INC., a ) <br> Pennsylvania corporation; SAFE EXTENSIONS, ) <br> INC., a Pennsylvania corporation; DRESSEL ) <br> ASSOCIATES, INC., a Pennsylvania corporation; ) <br> and MFPF, INC., a Nevada corporation; ) <br> ) <br> Defendants. ) <br> ) | Civil Action <br><br> Case No. 10-mc-355 |

## ORDER

AND NOW, this ___Jan 19___, 2011, upon Motion of Plaintiff, it is hereby Ordered that the United States Marshal is directed to serve Plaintiff's Complaint in Confession of Judgment, the Entry of Judgment, Notice of Execution pursuant to Pa.R.C.P. 2958.1, and Notice of Execution pursuant to 42 Pa.C.S.A § 2737.1 upon Defendants, Road Runner Planning and Consulting, Inc., Power Contracting, Inc., Safe Foundations, Inc., Safe Extensions, Inc., Dressel Associates, Inc. and MFPF, Inc.

_____
CHIEF UNITED STATES DISTRICT JUDGE