IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: FIFTH THIRD BANK | ) ) ) ) | Misc. Action Nos. 10-0353, 10-0354, and 10-0355 |

ORDER

AND NOW, this 25th day of March, 2011, IT IS HEREBY ORDERED that Defendants' Emergency Motion to Stay this Court's March 16, 2011 Order Appointing a Receiver is GRANTED until further order of this court. Pending said further order, all defendants are enjoined from conveying, transferring, removing, assigning, or otherwise disposing of any Collateral.

IT IS FURTHER ORDERED that the parties shall appear for a hearing on these matters on April 6, 2011 at 10:00 a.m. in Courtroom No. 3A, Third Floor, U.S. Courthouse, Pittsburgh, PA.

BY THE COURT,

_____ C.J.

cc: All Counsel of Record