IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                          )
                                )
FIFTH THIRD BANK                )   Misc. Action Nos. 10-0353, 10-0354 and
                                )   10-0355

## ORDER

AND NOW, this 14th day of April, 2011, IT IS HEREBY ORDERED that the Receiver's Motion for Correction of the Receiver's Name within the Court's March 16, 2011 Orders is hereby granted. All references to "The Corvus Group" or any derivation thereof in the March 16, 2011 Orders are deemed to have been stricken. In all other respects the March 16, 2011 Orders of this Court remain in full force and effect. The Clerk of the Court is directed to enter this Order on the Dockets of each of the three captioned Miscellaneous Actions.

BY THE COURT:

_____