# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIFTH THIRD BANK, an Ohio banking corporation, | ) ) ) |
| Plaintiff, | ) ) Civil Action |
| vs. | ) ) Case No. 10-mc-355 ) |
| ROAD RUNNER PLANNING AND CONSULTING, INC., a Pennsylvania corporation; POWER CONTRACTING, INC., a Pennsylvania corporation; SAFE FOUNDATIONS, INC., a Pennsylvania corporation; SAFE EXTENSIONS, INC., a Pennsylvania corporation, DRESSEL ASSOCIATES, INC., a Pennsylvania corporation and MFPF, Inc., a Nevada corporation, | ) Judge Lancaster ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 10 day of November, 2011, upon Motion of Robert Noel, Receiver, and with the Consent of Fifth Third Bank, it is hereby Ordered, Adjudged and Decreed that this Court's March 16, 2011 Order is terminated without prejudice as to Road Runner Planning and Consulting, Inc., Safe Foundations, Inc. and Safe Extensions, Inc. It is further Ordered that Robert Noel, Receiver, is hereby Discharged from any further duties under this Court's March 16, 2011 Order entered as to the three aforementioned entities and to this Court.

BY THE COURT:

Gary L. Lancaster
Chief United States District Judge

{B0633178.1}